Ralph A. Hatcher, Administrator of the Estate of Nina Mae Hatcher, Deceased, Plaintiff-Appellee, v. New York Central Railroad Company, Defendant-Appellant.

Gen. No. 10,197.

Third District.
February 17, 1959.
Rehearing denied March 17, 1959.
Released for publication March 17, 1959.

Marvin A. Jersild, John M. Elliott (John M. Elliott, of counsel) for appellant; Frank M. Wanless, for plaintiff-appellee. Opinion by JUDGE REYNOLDS. Not to be published in full.